AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23-6156 |
| | ) | |
| | ) | |
| Paul Klawer | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 27, 2023 through December 5, 2023 in the county of Peoria in the Central District of Illinois, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115(a)(1)(B) | Influencing a Federal Official by Threat |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Quentin Knobloch, USMS Deputy Marshal
*Printed name and title*

Attested to by the applicant with the requirements of Fed. R. Crim. P.4 by telephone.

s/ Lindsay C. Jenkins

Date: December 6, 2023

*Judge's signature*

City and state: Chicago, Illinois

Lindsay C. Jenkins, United States District Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**AFFIDAVIT**

I, Quentin Knobloch, the undersigned affiant, being duly sworn upon oath, deposes and states as follows:

1. I have been a Deputy United States Marshal (DUSM) for over thirteen years. I am currently assigned to the Springfield Office located in the Central District of Illinois. As part of my responsibilities, I am authorized to enforce the laws of the United States of America, including but not limited to, investigations involving threats to United States judges, and other federal officials.

2. This affidavit is made in support of a criminal complaint charging Paul KLAWER with the offense of influencing, impeding, or retaliating against a Federal official, in violation of Title 18, United States Code, Section 115 (a)(1)(B). A warrant for the arrest of Paul KLAWER is requested based on information I have gained in the course of my investigation.

**PROBABLE CAUSE**

3. On or about May 13, 2022, KLAWER filed a *pro se* prisoner civil rights case in the Central District of Illinois. On or about May 17, 2022, U.S. District Judge Colin S. Bruce was assigned to case 22CV01171, *Paul Klawer v. Tazewell County Sheriffs Department, et al* in the Central District of Illinois. A document filed by KLAWER with the Court on or about October 16, 2023 lists KLAWER as plaintiff with a self-reported

1

email address listed of KlawerPJ7@gmail.com. R.38.[1]

4. On November 29, 2023, Judge Bruce entered a text order entered in the *Klawer* case regarding Defendant's motion for sanction. A copy of the docket is attached hereto as Exhibit A and incorporated by reference herein. Per the text order, Plaintiff was ordered to respond to Defendant's motion for sanction by December 6, 2023. "If Plaintiff fails to respond timely to Defendant's motion for sanctions, the Court will rule on Defendant's motion without awaiting for a response from Plaintiff and the Court will, in all likelihood, dismiss this case as a sanction against him…" d/e: 11/29/2023

5. On or about November 29, 2023, I was contacted by attorney Kyle Moore, attorney of record for the Tazewell County Sheriff's Department in the above-captioned case. Moore stated that he wanted to alert the U. S. Marshals Service as to concerning emails he received that he believed were sent by KLAWER and were sent from the email address of KlawerPJ7@gmail.com.

6. On December 1, 2023, I was contacted again by Kyle Moore concerning more emails sent December 1, 2023, from KlawerPJ7@gmail.com:

(a) 1:08 p.m.: "Tell Collins [believed to be a reference to Judge Colin Bruce] if he plans to live for his children to stop suppressing evidence of misconduct or he can digest [die just] as easily as you can for suppressing that evidence with your fellow corrupted officers and agents you will not infringe on our rights any longer you will not treat

---

[1] "R." is a reference to the record number and "d/e" is a reference to the docket entry in the case of *Paul Klawer v. Tazewell County Sheriffs Department*, 22CV01171 (CDIL).

us as slaves any longer or you will all die."

(b) 1:09 p.m.: "And tell that judge if he doesn't take my warning serious the way he's been holding my kids over my wife and I said torturing my wife Double Jeopardy my wife in the federal court tell him I'll blow his f****** brains out in broad daylight and put on his Tombstone exactly how much value he gave our future by suppressing evidence of misconduct let me make that perfectly clear to you"

(c) 1:16 p.m.: "Be a good boy and tell Collins that he can die just as fast too for sticking up for misconducting not defending our future this depends on our grandchildren's children's and if you're just going to corrupt that future well f*** you yippee ki-yay mother f******there's a lot of people watching let's have fun we can blossom and make peace or we can make a bloody mess what do you want piece of War"

(d) 1:23 p.m., "Tell that judge not to send me one more stupid f****** comment and only the truth and nothing but the truth so help him God his life depends on it"

7. On December 2, 2023 at 2:43 a.m., another email from the same email address stated, "If you do not have my children to me by December 6th all your lives and all the ones you've used to harass and abuse will be dead I promise"

8. On December 3, 2023 at 5:20 a.m., another email stated, "You guys have until December 6th to give me my children and the truth or I'm going to rip your f****** hearts out and feed them to you after I get done sticking Penn needles in your nerve

3

endings for watching me and our children go through all that corruption with no remorse

9. On December 4, 2023, I spoke with Peoria County Probation Officer Quinton Green who currently supervises KLAWER for the offenses of Aggravated Battery, Resisting a Peace Officer, and Domestic Battery. I asked Officer Green how they communicate, and Officer Green stated they have always communicated through email and the email address for Klawer is KlawerPJ7@gmail.com . Officer Green stated Klawer currently resides within the Central District of Illinois.

## Conclusion

10. The evidence listed above shows that KLAWER has committed the offense of Influencing, Impeding, or Retaliating against a Federal Official in that he knowingly and intentionally made statements to assault and murder a United States Judge with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties.

11. Based on the foregoing, I believe there is probable cause to believe that KLAWER violated Title 18, United States Code, Section 115(a)(1)(B) within the Central District of Illinois. AFFIANT requests a Warrant of Arrest be issued for Paul KLAWER for a violation of Title 18, United States Code, Section 115(a)(1)(B).

FURTHER AFFIANT SAYETH NAUGHT
　　　　　　　　　　　　　　s/Quentin Knobloch

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Quentin Knobloch
　　　　　　　　　　　　　　Deputy U.S. Marshal
　　　　　　　　　　　　　　United States Marshal Service

Sworn to me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 6th day of December 2023.

s/ Lindsay C. Jenkins

———————————————
LINDSAY C. JENKINS
United States District Judge

# EXHIBIT A

## *1:22cv1171, Klawer V. Szadlowski*

US District Court Docket

United States District Court, Illinois Central

(Peoria)

**This case was retrieved on 12/04/2023**

## Header

**Case Number:** 1:22cv1171
**Date Filed:** 05/13/2022
**Assigned To:** Judge Colin Stirling Bruce
**Nature of Suit:** Prisoner - Other (550)
**Cause:** Prisoner Civil Rights
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Open
**Statute:** 42:1983
**Jury Demand:** Plaintiff
**Demand Amount:** $0
**NOS Description:** Prisoner - Other

## Participants

### Litigants

Paul Klawer
**Plaintiff**

### Attorneys

Paul Klawer
PRO SE

259 Randolph Ave  Apt F5
Peoria, IL  61606
USA
309-613-9390

Tazewell County Sheriff's Department
[Terminated: 08/08/2022]
**Defendant**

Delavan, IL Police Dept
[Terminated: 08/08/2022]
**Defendant**

Joe Szadlowski
**Defendant**

Bhairav Radia
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
IFMK LAW, LTD.
Suite 475  650 Dundee Road
Northbrook, IL  60062
USA
847-291-0200  Fax: 847-291-9230
Email:Bradia@ifmklaw.Com

Kyle R. Moore
ATTORNEY TO BE NOTICED
IFMK LAW, LTD.
Suite 475  650 Dundee Road
Northbrook, IL  60062
USA
847-291-0200  Fax: 708-621-5538
Email:Kmoore@ifmklaw.Com

Michelle Kero

# Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 05/13/2022 | COMPLAINT against All Defendants, filed by Paul Klawer.(KE) (Entered: 05/17/2022) | |
| 2 | 05/17/2022 | NOTICE OF CASE OPENING. Please be advised that your case has been assigned to Judge Colin Stirling Bruce. Effective immediately, all documents should be mailed or scanned to the Urbana Division, 201 S Vine Street, Urbana, IL 61802.Merit Review Deadline set for 6/6/2022. (Attachments: # 1 Notice Regarding Privacy Issues)(KE) (Entered: 05/17/2022) | |
| | 05/17/2022 | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/17/2022. Plaintiff has filed a Complaint but has not paid the $402 filing fee nor filed a petition to proceed in forma pauperis. Within 21 days of the entry of this order, Plaintiff must pay the $402 filing fee in full or file a petition to proceed in forma pauperis with attached trust fund ledgers for the last 6 months. Failure to comply without good cause will result in dismissal of this case without prejudice, and the Plaintiff will still be responsible for payment of the filing fee. See 28 U.S.C. Sec. 1914. The Clerk is directed to send Plaintiff the forms for proceeding in forma pauperis. (KE) (Entered: 05/17/2022) | |
| 3 | 05/27/2022 | PETITION TO PROCEED IN FORMA PAUPERIS, filed by Paul Klawer. (Attachments: # 1 Cover Letter)(KE) (Entered: 05/27/2022) | |
| 4 | 05/27/2022 | +++ PRISONER TRUST FUND LEDGER by Paul Klawer. (KE) (Entered: 05/27/2022) | |
| | 05/27/2022 | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/27/2022 granting 3 Petition to Proceed In Forma Pauperis. Plaintiff's trust fund ledgers indicate he has no funds to make an initial partial payment of the filing fee. Pursuant to 28 U.S.C. Section 1915(b)(4), the initial partial filing fee is waived. The agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. Income includes all deposits from any source. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office. (KE) (Entered: 05/27/2022) | |
| 5 | 06/06/2022 | MERIT REVIEW ORDER entered by Judge Colin Stirling Bruce on 6/6/2022. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE because it fails to state a claim upon which relief can be granted. 28 U.S.C. Sec 1915A; Fed. R. Civ. Pro. 12(b)(6). Plaintiff is given leave to file a proposed amended complaint that complies with the dictates of this Order. Plaintiff should file his proposed amended complaint within thirty (30) days from the date of this Order. If Plaintiff fails to do so, the Court will dismiss this case. See written order. (KE) (Entered: 06/06/2022) | |
| 6 | 07/01/2022 | MOTION for Leave to File Amended Complaint by Plaintiff Paul Klawer. Responses due by 7/15/2022. (BMG) (Entered: 07/01/2022) | |
| 7 | 07/01/2022 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Paul Klawer. Responses due by 7/15/2022.(BMG) (Entered: 07/01/2022) | |
| 8 | 07/01/2022 | MOTION to Request Counsel by Plaintiff Paul Klawer. Responses due by 7/15/2022.(BMG) (Entered: 07/01/2022) | |
| 9 | 07/05/2022 | MOTION to Correct Unchecked Box on Complaint Form by Plaintiff Paul Klawer. Responses due by 7/19/2022 (KE) (Entered: | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | 07/05/2022) |   |
|   | 07/12/2022 | TEXT ORDER entered by Judge Colin Stirling Bruce on 7/12/2022. Plaintiff's motion to request counsel 8 is DENIED. The Court generally will not consider recruiting counsel for a pro se plaintiff until the Court determines that he possess a claim upon which relief can be granted after the Court conducts a review of the complaint. Plaintiff may renew his motion if his claim survives that review that the Court will conduct in the near future. (KE) (Entered: 07/12/2022) |   |
|   | 07/12/2022 | TEXT ORDER entered by Judge Colin Stirling Bruce on 7/12/2022. Plaintiff's motion for leave to proceed in forma pauperis 7 is DENIED as moot. The Court has previously granted Plaintiff's motion for leave to proceed IFP in this case, and Plaintiff does not need to re-obtain IFP status just because he seeks to file an amended complaint. (KE) (Entered: 07/12/2022) |   |
| 10 | 08/08/2022 | MERIT REVIEW ORDER entered by Judge Colin Stirling Bruce on 8/8/2022. Plaintiff's motion for leave to amend his amended complaint 9 is DENIED. Plaintiff's motion for leave to file amended complaint 6 is GRANTED. Pursuant to its merit review of the Amended Complaint under 28 U.S.C. Sec 1915A, the Court finds that the Amended Complaint states a First Amendment retaliation claim against Correctional Officer Szadkowski. Any additional claims shall not be included in the case except at the Court's discretion and on a motion by a party for good cause shown or pursuant to Federal Rule of Civil Procedure 15. The Clerk of the Court is directed to effect service of process on Correctional Officer Szadkowski at the Tazwell County Jail pursuant to the Court's standard procedures. The Clerk of the Court is further directed to dismiss all other named Defendants because Plaintiff's Original Complaint and his Amended Complaint fail to state a claim against them upon which relief can be granted. 28 U.S.C. Sec 1915A; Fed. R. Civ. Pro. 12(b)(6). The Clerk of the Court is directed to enter the standard qualified protective order pursuant to the Health Insurance Portability and Accountability Act. See written order. (KE) (Entered: 08/08/2022) |   |
| 11 | 08/08/2022 | AMENDED COMPLAINT against All Defendants, filed by Paul Klawer.(KE) (Entered: 08/08/2022) |   |
| 12 | 08/08/2022 | HIPAA QUALIFIED PROTECTIVE ORDER entered by Judge Colin Stirling Bruce on 8/8/2022. See written order. (KE) (Entered: 08/08/2022) |   |
| 13 | 08/08/2022 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent to Szadkowski on 8/8/2022. (KE) (Entered: 08/08/2022) |   |
| 14 | 08/12/2022 | NOTICE of Appearance of Attorney by Bhairav Radia on behalf of. Szadkowski (Radia, Bhairav) (Entered: 08/12/2022) |   |
| 15 | 08/15/2022 | WAIVER OF SERVICE Returned Executed by Paul Klawer.. Szadkowski waiver sent on 8/8/2022, answer due 10/7/2022. (Attachments: # 1 Executed Waiver)(KE) (Entered: 08/15/2022) |   |
| 16 | 09/01/2022 | MOTION for Leave to File Amended Complaint by Plaintiff Paul Klawer. Responses due by 9/15/2022 (Attachments: # 1 Exhibits)(KE) (Entered: 09/01/2022) |   |
| 17 | 09/01/2022 | MOTION to Enter Newly Found Evidence by Plaintiff Paul Klawer. Responses due by 9/15/2022 (KE) (Entered: 09/01/2022) |   |
| 18 | 09/01/2022 | MOTION to Subpoena Evidence by Plaintiff Paul Klawer. Responses due by 9/15/2022 (KE) (Entered: 09/01/2022) |   |
| 19 | 09/01/2022 | MOTION for Reconsideration re 10 Merit Review Opinion by Plaintiff Paul Klawer. Responses due by 9/15/2022 (KE) (Entered: 09/01/2022) |   |
| 20 | 09/06/2022 | ORDER entered by Judge Colin Stirling Bruce on 9/6/2022. Plaintiff's motion for leave to file an amended complaint 16 is |   |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | DENIED. Plaintiff's motion to enter newly found evidence 17 is DENIED. Plaintiff's motion to subpoena evidence 18 is DENIED. Plaintiff's motion for reconsideration 19 is DENIED. See written order. (KE) (Entered: 09/06/2022) | |
| 21 | 10/07/2022 | Defendant's ANSWER to 11 Amended Complaint by. Szadkowski.(Radia, Bhairav) (Entered: 10/07/2022) | |
| 22 | 10/14/2022 | SCHEDULING ORDER entered by Judge Colin Stirling Bruce on 10/14/2022. Discovery due by 4/17/2023. Motions due by 5/17/2023. See written order. (Attachments: # 1 Consent Packet)(KE) (Entered: 10/14/2022) | |
| 23 | 10/14/2022 | NOTICE Returned mail Plaintiff no long at address re 21 Answer to Amended Complaint (Radia, Bhairav) (Entered: 10/14/2022) | |
| 24 | 10/21/2022 | TEXT ORDER entered by Judge Colin Stirling Bruce on 10/21/2022. Court docket entry 22 sent to plaintiff Paul Klawer has been returned as undeliverable. Within 14 days of the entry of this order, plaintiff is directed to show good cause why this case should not be dismissed for failure to keep the Court informed of plaintiff's address. Failure to show good cause will result in dismissal of this case. (KE) (Entered: 10/21/2022) | |
| 25 | 11/07/2022 | Mail Returned as Undeliverable, re 24 . Mail sent to Paul Klawer (KE) (Entered: 11/07/2022) | |
| | 11/09/2022 | TEXT ORDER entered by Judge Colin Stirling Bruce on 11/9/2022. On October 14, 2022, Defendant filed a notice advising the Court that Plaintiff was no longer incarcerated at the address that he had on file with the Court. On October 21, 2022, the Court received its Scheduling Order, that it had mailed to Plaintiff, returned as undeliverable. Accordingly, that same day, the Court entered an Order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Local Rule 16.3K), the Scheduling Order, and the Merit Review. That Show Cause Order was also returned to the Court as being undeliverable. Plaintiff has not timely responded to the Court's Show Cause Order, nor has he provided his current address in writing to the Court. The Court's Merit Review Order and the Court's Scheduling Order required Plaintiff to keep the Court informed of his current address. In addition, Local Rule 16.3(K) requires every pro se plaintiff to inform the Court of any change of address that occurs during the pendency of his case. Failure to comply with this Local Rule results in the dismissal of the case. Id. Plaintiff has failed to comply with the Court's Orders and with the Court's Local Rules, in that, he has not kept the Court informed, in writing, of his current address. As a result, this case is DISMISSED WITHOUT PREJUDICE based upon Plaintiff's failure to comply with Local Rule 16.3(K) and with the Court's Order. No judgment to enter. (KE) (Entered: 11/09/2022) | |
| 26 | 11/22/2022 | Mail Returned as Undeliverable, re 11/9/2022 Text Order sent to Paul Klawer. (KE) (Entered: 11/22/2022) | |
| 27 | 12/02/2022 | NOTICE of Change of Address by Paul Klawer (KE) (Entered: 12/02/2022) | |
| 28 | 03/20/2023 | NOTICE of Change of Address by Paul Klawer (SKR) (Entered: 03/20/2023) | |
| 29 | 03/20/2023 | MOTION to Request Counsel, MOTION to Order Defendant to turn over Camera footage by Plaintiff Paul Klawer. Responses due by 4/3/2023 (SKR) (Entered: 03/20/2023) | |
| | 03/21/2023 | TEXT ORDER entered by Judge Colin Stirling Bruce on 3/21/2023. Plaintiff's motion to request counsel and for camera footage 29 is DENIED as moot. On November 9, 2022, the Court dismissed Plaintiff's Amended Complaint and closed this case based upon Plaintiff's failure to keep the Court informed, in writing, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | of his current address as required by Local Rule 16.3(K) and by the Court's Scheduling Order. Plaintiff has not asked the Court to re-open this case, and the Court has not re-opened this case. Therefore, Plaintiff's motion is denied as moot. (KE) (Entered: 03/21/2023) | |
| 30 | 04/19/2023 | MOTION to Reopen Case by Plaintiff Paul Klawer. Responses due by 5/3/2023 (SKR) (Entered: 04/19/2023) | |
|   | 05/09/2023 | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/9/2023. Plaintiff's motion to re-open this case 30 is GRANTED. Albeit late, Plaintiff has provided his address to the Court, in writing, as required by the Court's Orders and by Local Rule 16.3(K). Accordingly, the Clerk of the Court is directed to re-open this case. The discovery deadline is reset to September 5, 2023, and the dispositive motion deadline is reset to October 6, 2023. Plaintiff is reminded that all discovery requests must be sent to Defendant through his counsel and not filed with the Court. (KE) (Entered: 05/09/2023) | |
|   | 05/10/2023 | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/10/2023. Motion to Reopen Case 30 was granted on 5/9/2023. (KE) (Entered: 05/10/2023) | |
| 31 | 05/15/2023 | MOTION for Evidence by Plaintiff Paul Klawer. Responses due by 5/30/2023 (SKR) (Entered: 05/15/2023) | |
|   | 05/17/2023 | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/17/2023. Plaintiff's motion for evidence 31 is DENIED. Essentially, Plaintiff's motion is a discovery request. Local Rule 26.3 prohibits a litigant from filing discovery directly with the Court unless that discovery is attached as part of a motion to compel or is attached to some other relevant motion. To the extent that he is attempting to file a motion to compel, Plaintiff must file a motion to which he attaches the discovery requests at issue and in which he states when he sent the discovery to Defendants. Plaintiff must also attach Defendants' response to his discovery, if any, and he must explain why Defendants' response is deficient. Otherwise, Plaintiff must send all discovery requests directly to Defendants through their counsel, and if they do not timely respond, Plaintiff may then file a motion to compel as outlined above. (KE) (Entered: 05/17/2023) | |
| 32 | 06/22/2023 | NOTICE of Appearance of Attorney by Kyle R. Moore on behalf of Joe Szadlowski (Moore, Kyle) (Entered: 06/22/2023) | |
| 33 | 07/21/2023 | Response by Paul Klawer re 5/17/23 Text Order. (SKR) (Entered: 07/21/2023) | |
| 34 | 08/04/2023 | RESPONSE to Motion re 31 MOTION for Evidence DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS DISCOVERY MOTION (ECF # 33) filed by Defendant Joe Szadlowski. (Moore, Kyle) (Entered: 08/04/2023) | |
| 35 | 08/14/2023 | REPLY to Response to Motion re 31 MOTION for Evidence filed by Plaintiff Paul Klawer. (Attachments: # 1 exhibits)(SKR) (Entered: 08/14/2023) | |
| 36 | 09/08/2023 | MOTION for Extension of Time to Complete Discovery DEFENDANTS MOTION TO EXTEND DEADLINES AND TO COMPEL PLAINTIFF TO PROVIDE DISCOVERY by Defendant Joe Szadlowski. Responses due by 9/22/2023 (Attachments: # 1 Exhibit Exhibit A)(Moore, Kyle) (Entered: 09/08/2023) | |
|   | 09/11/2023 | TEXT ORDER Entered by Judge Colin Stirling Bruce on 9/11/23. Defendant's motion for extension of time 36 is GRANTED. Accordingly, the discovery deadline is reset to November 6, 2023, and the dispositive motion deadline is reset to December 6, 2023. Finally, Plaintiff is ORDERED to provide his disclosures to Defendant as required by the Court in the Court's Scheduling | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | Order, and Plaintiff is further ORDERED to respond to Defendant's pending discovery requests that are attached to his motion to compel. Plaintiff is ordered to respond to Defendant's discovery requests and to provide his disclosures to defense counsel within fourteen (14) days from the date of this Order. Plaintiff's failure to comply timely with this Order by providing his responses to Defendant's discovery requests and by failing to provide his disclosures could result in sanctions being imposed upon him, including dismissing this case upon receipt of a proper motion requesting such a sanction. (ANW) (Entered: 09/11/2023) | |
| 37 | 10/03/2023 | MOTION for Sanctions DEFENDANTS MOTION FOR SANCTIONS by Defendant Joe Szadlowski. Responses due by 10/17/2023 (Attachments: # 1 Exhibit)(Moore, Kyle) (Entered: 10/03/2023) | |
| 38 | 10/16/2023 | Statement to the Court re status of case by Paul Klawer. (Attachments: # 1 Exhibits)(TC) (Entered: 10/16/2023) | |
| 39 | 10/27/2023 | REPLY to Response to Motion re 37 MOTION for Sanctions DEFENDANTS MOTION FOR SANCTIONS DEFENDANTS REPLY BRIEF IN SUPPORT OF HIS MOTION TO COMPEL DISCOVERY AND MOTION FOR SANCTIONS filed by Defendant Joe Szadlowski. (Moore, Kyle) (Entered: 10/27/2023) | |
| 40 | 10/30/2023 | ORDER entered by Judge Colin Stirling Bruce on 10/30/2023. Defendant's motion for sanction 37 is DENIED. Plaintiff is, again, ORDERED to respond to Defendant's discovery requests and to provide his disclosures to defense counsel within fourteen (14) days from the date of this Order. Plaintiff's failure to comply timely with this Order by providing his responses to Defendant's discovery requests and by failing to provide his disclosures will result in sanctions being imposed upon him, including dismissal of this case. Any prior response(s) by Plaintiff to Defendant's discovery requests is inadequate, and Plaintiff must provide his disclosures to Defendant and must provide complete and truthful responses to Defendant's discovery requests as explained supra in order to avoid sanctions. Defendant is ORDERED either to file a notice or statement that he has received proper discovery response and disclosures from Plaintiff or a renewed motion for sanctions within thirty (30) days from the date of this Order. See written order. (KE) (Entered: 10/30/2023) | |
| 41 | 11/28/2023 | MOTION for Sanctions DEFENDANTS MOTION FOR SANCTIONS AND FOR A PROTECTIVE ORDER by Defendant Joe Szadlowski. Responses due by 12/6/2023 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Declaration)(Moore, Kyle) Modified on 11/30/2023 to modify response ddl pursuant to Text Order 11/29/2023 (SAG). (Entered: 11/28/2023) | |
|   | 11/29/2023 | TEXT ORDER entered by Judge Colin Stirling Bruce on 11/29/2023. Defendant has filed a motion asking the Court to sanction Plaintiff based upon his conduct during discovery. Specifically, Defendant asserts that, in addition to failing or refusing to comply with his discovery obligations and with the Court's Orders, Plaintiff has threatened physical violence against defense counsel, and he has made statements that could be interpreted as threatening to the Court. Given the tone and the content of Plaintiff's emails that Defendant has attached to his motion for sanctions, Plaintiff is ORDERED to file a response to Defendant's motion for sanctions on an expedited basis, and Plaintiff is ORDERED to respond to Defendant's motion for sanction by December 6, 2023. If Plaintiff fails to respond timely to Defendant's motion for sanctions, the Court will rule on Defendant's motion without awaiting for a response from Plaintiff, | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | and the Court will, in all likelihood, dismiss this case as a sanction against him. The Court may also impose other sanctions against Plaintiff if the Court deems additional sanctions to be necessary after reviewing Plaintiff's response, Defendant's motion, and the exhibits attached to Defendant's motion. Finally, if defense counsel possesses additional correspondence from Plaintiff that could be deemed as a threat or that could be interpreted as containing a threatening tone, defense counsel should file that additional correspondence with the Court as soon as possible so that the Court may consider that additional correspondence when it rules on Defendant's motion for sanctions and so that Plaintiff may timely respond to that additional correspondence. If the Court deems Plaintiff's statements as constituting a threat to the Court or to the Court's personnel, the Court may contact the United States Marshal and the United States Attorney to take whatever actions those agencies deem appropriate. To the extent that defense counsel feels threatened by Plaintiff, he should contact the appropriate authorities. (KE) (Entered: 11/29/2023) |   |
| 42 | 11/29/2023 | Exhibit re 41 MOTION for Sanctions DEFENDANTS MOTION FOR SANCTIONS AND FOR A PROTECTIVE ORDER  by Joe Szadlowski. (Moore, Kyle) (Entered: 11/29/2023) |   |
| 43 | 11/30/2023 | CERTIFICATE OF SERVICE by Joe Szadlowski re 42 Exhibit (Moore, Kyle) (Entered: 11/30/2023) |   |
| 44 | 12/01/2023 | Exhibit re 41 MOTION for Sanctions DEFENDANTS MOTION FOR SANCTIONS AND FOR A PROTECTIVE ORDER Exhibit G by Joe Szadlowski. (Radia, Bhairav) (Entered: 12/01/2023) |   |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

Michelle Kero